Paul L. Hoffman (SBN 071244)
Adrienne J. Quarry (SBN 245186)
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Fax: (310) 399-7040

Attorneys for *Plaintiff*, Abel Guerrero Garcia

Robert S. Shannon, City Attorney
Monte H. Machit, Senior Deputy City Attorney
State Bar No. 140692
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802
Telephone: (562)570-2200
Facsimile: (562) 436-1579

Attorneys for *Defendants*, City of Long Beach, Officers of Jorge A. Salazar and Xavier Veloz.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABEL GUERRERO GARCIA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CITY OF LONG BEACH,** a local public entity, **JORGE A. SALAZAR,** an individual, **XAVIER VELOZ,** an individual, **D. WEISE,** an individual, **and JOHN DOES 1-9,**<br><br>**Defendants.** | Case No. CV07-02266 DDP (PJWx)<br><br>**ORDER RE: JOINT STIPULATION AND PROTECTIVE ORDER RE: PRIOR OFFICER COMPLAINTS AND OFFICER PERSONNEL RECORDS**<br><br>**NOT LIMITED TO DISCOVERY: FOR CONSIDERATION BY HONORABLE DEAN D. PREGERSON** |

1.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: PRIOR OFFICER
COMPLAINTS AND OFFICER PERSONNEL RECORDS

**ORDER**

Good cause appearing therefore, the proposed protective order of the parties in the matter of *Garcia v. City of Long Beach, et al.,* is hereby approved.

IT IS SO ORDERED.

DATED:  February 7, 2008

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT COURT